schwab gasparini
ATTORNEYS AND COUNSELORS

222 Bloomingdale Road
Suite 200
White Plains, NY 10605
**P:** (914) 304-4353
**F:** (914) 304-4378
www.schwabgasparini.com

**Louis U. Gasparini, Esq.**
**Partner**
**Direct Dial: (914) 458-3771**
**lgasparini@schwabgasparini.com**

September 24, 2026

**Via Electronic Filing**
Hon. Philip M. Halpern
United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

| | |
|---|---|
| **Re:** | **David Thomas v. PO David Ballone, et. al.** |
| **Docket No.** | **26-CV-03552 (PMH)** |
| **Our File:** | **147.002** |

Dear Judge Halpern:

We represent defendants Police Officer David Ballone, Sergeant Andrew Benkwitt, Police Officer Tyron Davis, Police Officer Jose Fernandez, and Police Officer Ivan Crespo-Loja, in the above-referenced action.

We respectfully submit this letter motion seeking the Court's permission to file under seal sworn Affidavits from each of our clients, for purposes of complying with our obligations under the Second Circuit's holding in Dunton v. County of Suffolk, 729 F.2d 903 (2d Cir. 1984). Insofar as these Affidavits contain confidential attorney-client privileged communications, we are requesting that the Court approve the filing of these Affidavits under seal.

Thank you for the Court's time and attention to this matter. Should you have any questions, please feel free to contact the undersigned.

Very truly yours,

SCHWAB & GASPARINI, PLLC

BY:__________________________
LOUIS U. GASPARINI (LG 2655)
Partner

LUG/mgd

***SO ORDERED!***__________________________
Hon. Philip M. Halpern
Dated: White Plains, New York
September 28, 2026

cc: w/o Enclosures

**Via Electronic Filing**
Held & Hines, LLP
Attorneys for Plaintiff
***Attn: Carissa Caukin, Esq.***
622 Third Avenue, Suite 600
New York, New York 10017

**Via Electronic Filing**
Sokoloff Stern LLP
Attorneys for Defendant Eduardo Lopez
***Attn: Brian S. Sokoloff, Esq.***
179 Westbury Avenue
Carle Place, New York 11514